IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD HENRI VISSERS,

      Petitioner,

v.                                         5:14cv238-WS

UNITED STATES OF AMERICA,

      Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 23, 2014.  See Doc. 6.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.  The petitioner has filed objections (doc. 9) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 6) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED WITHOUT PREJUDICE.

3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED."

DONE AND ORDERED this ___30th___ day of _____October_____, 2014.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE